

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00194-CV

---

TOMMY L. PARKER, APPELLANT

V.

JAMES HOWARD JAMISON, JR. AND CYNTHIA PHILLIPS-PRICE, APPELLEES

---

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. DC-2024-CV-0170, Honorable John C. Grace, Presiding

---

August 11, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Tommy L. Parker is a vexatious litigant subject to a prefiling order which prohibits him from filing new litigation in any Texas court without first obtaining permission from the local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101 (granting trial courts authority to enter orders prohibiting vexatious litigants from filing new litigation without permission from the local administrative judge), 11.102 (outlining the procedure for obtaining permission from a local administrative judge); 11.103 (prohibiting a clerk of a court from filing a litigation, original proceeding, or appeal by a vexatious litigant subject

to a prefiling order without an order from the local administrative judge permitting the filing). Despite the prefiling order, Parker filed a notice of appeal from the trial court's *Final Judgment*.

Chapter 11 of the Civil Practice and Remedies Code requires courts to dismiss new actions filed by a vexatious litigant when the litigant fails to file an order from the local administrative judge permitting the filing of the new action. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.1035; *Leonard v. Paxton*, No. 03-19-00771-CV, 2020 Tex. App. LEXIS 3032, at *3–4 (Tex. App.—Austin Apr. 10, 2020, no pet.) (mem. op.) (dismissing appeal, after notice, because vexatious litigant failed to provide order permitting its filing). By letter of July 25, 2025, we admonished Parker that this appeal was subject to dismissal unless he filed an order granting the required permission. In response, Parker submitted a copy of a letter from the local administrative judge denying his request for permission to file the appeal.

Because Parker is a vexatious litigant and has failed to file an order from the local administrate judge granting permission to file this appeal, we dismiss the appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.1035(b).

Per Curiam